UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

Linda Puglisi, et al.,

Plaintiffs,

-against-

Eric K. Shinseki, in his capacity as Secretary
of the United States of Veterans Affairs, et al.,

Defendants.

---------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 20, 2009
```

**09 Civ. 04933 (PAC)**
**TRANSFER / REASSIGNMENT**
**ORDER TO SDNY-WHITE PLAINS, NY**

HONORABLE PAUL A. CROTTY, United States District Judge:

The claims in the above-captioned case arose in the Town of Cortlandt, Westchester County, New York, where all of the Plaintiffs reside. Pursuant to Rule 21(a) (i) of the Rules for the Division of Business Among District Judges in the Southern District of New York, the Clerk of Court is directed to transfer and reassign the above-captioned case to the United States District Court in White Plains, New York.

Dated: New York, New York
August 20, 2009

SO ORDERED

PAUL A. CROTTY
United States District Judge

Copy Mailed Via Interoffice Mail To:

Dorothy Guranich – Reassignment Clerk

1